# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL J. PIAR<br>Defendant. | PO-24-5008-KLD<br><br>VIOLATION:<br>FBDW00IV<br>Location Code: M4B<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $320. Violation fine, $30 processing fee. for violation FBDW00IV (for a total of $350.00), and for good cause shown, **IT IS ORDERED** that the $350.00 fine paid by the defendant is accepted as a full adjudication of violation FBDW00IV.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 27th day of August, 2024.

_____
Kathleen DeSoto
United States Magistrate Judge